UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KE'ASIA JACKSON,

    Plaintiff,

vs.

DAY AIR CREDIT UNION,

    Defendant.

Case No. 3:23-cv-202

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER: (1) DISMISSING THIS CASE WITHOUT PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET

---

Plaintiff filed this action on July 19, 2023. Doc. No. 1. Defendant has not yet appeared. On September 25, 2023, Plaintiff filed a notice of voluntary dismissal. Doc. No. 6. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Therefore, the Court **DISMISSES** this case **WITHOUT PREJUDICE** and **TERMINATES** this case on the docket.

    **IT IS SO ORDERED.**

  October 31, 2023                        s/Michael J. Newman
                                                         Hon. Michael J. Newman
                                                         United States District Judge